USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Jose Nieves,

          Defendant.

12-cr-931 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant Jose Nieves' motion for compassionate release. *See* Dkt. No. 71. The Government is hereby ordered to respond to the motion by no later than 12:00 p.m. on May 6, 2020.

    SO ORDERED.

Dated: May 1, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge