USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Jose Nieves,

              Defendant.

---

12-cr-931 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the Government's opposition to Defendant Jose Nieves' motion for compassionate release. The Defendant is hereby ordered to file any reply by no later than 12:00 p.m. on May 8, 2020.

    SO ORDERED.

Dated: May  6 , 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge