```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Jose Nieves,

              Defendant.

12-cr-931 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant's motion for compassionate release. Dkt. No. 79.

The Government is ORDERED to respond on or before November 9, 2021.

    SO ORDERED.

Dated: October 26, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge