```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Jose Nieves,

               Defendant.

12-cr-931 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant Jose Nieves's letter dated November 16, 2021, requesting a 30-day extension to file a reply in support of his motion for compassionate release and in response to the Government's opposition. The Court GRANTS Mr. Nieves's request. His reply brief shall be due by December 17, 2021.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Nieves and note the mailing on the public docket.

SO ORDERED.

Dated: November 24, 2021
       New York, New York

                                            ALISON J. NATHAN
                                   United States District Judge