UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/22

United States of America,

        –v–

Jose Nieves,

                Defendant.

12-cr-931 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Before this case was reassigned to the Undersigned, Mr. Nieves filed on November 20, 2016, an amended motion to reduce his sentence.  Dkt. No. 67.  That motion is repetitive of Mr. Nieves's motion for a sentence reduction filed March 9, 2015.  Dkt. No. 61.  Judge Scheindlin denied that motion on July 20, 2015.  Dkt. No. 66.  The Court therefore DENIES Mr. Nieves's November 20, 2016 motion for the reasons stated in Dkt. No. 66.

This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, so *in forma pauperis* status is denied.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).  The Clerk's office is respectfully direct to mail a copy of this Order to Mr. Nieves and note the mailing on the public docket.

This resolves docket number 67.

        SO ORDERED.

Dated:  January 25, 2022
        New York, New York

_____
        ALISON J. NATHAN
        United States District Judge